423-15

# ELECTRONIC RECORD

COA # 02-14-00016-CR    OFFENSE: OTHER CRIMINAL

STYLE: William J. Hibler v. The State of Texas    COUNTY: Denton

COA DISPOSITION: AFFIRM    TRIAL COURT: 211th District Court

DATE: 03/26/2015    Publish: NO    TC CASE #: F-98-0563-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: William J. Hibler v. The State of Texas    CCA #: 423-15

PRO SE Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

REFUSED    JUDGE: _____

DATE: 05/20/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**